**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6956**

———————

JOHN THOMAS NEAL,

Plaintiff - Appellant,

versus

WILLIAM SONDERVAN; ROBERT KUPEC, Warden;
RAZAAK ENIOLA, Doctor,

Defendants - Appellees,

and

UNKNOWN HEALTHCARE CONTRACTOR,

Defendant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, District Judge. (CA-
01-2604-JFM)

———————

Submitted: August 14, 2003          Decided: August 20, 2003

———————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John Thomas Neal, Appellant Pro Se. Gloria Wilson Shelton, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Joseph Barry Chazen, Gina Marie Smith, MEYERS, RODBELL & ROSENBAUM, P.A., Riverdale, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Thomas Neal appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000) and his motions to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Neal v. Sondervan, No. CA-01-2604-JFM (D. Md. Mar. 25, 2002; Apr. 12, 2002; filed June 14, 2002 & entered June 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED